**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Jay Hansford C. Vest,**

**Plaintiff,**

**vs.**

**Minnesota State University, Mankato,**

**Defendant**

**Civil 00-2761 MJD/SRN**

**ORDER FOR EXTENSION OF TIME IN WHICH TO FILE A RESPONSIVE PLEADING**

---

This matter is before the undersigned Magistrate Judge on Defendant's Unopposed Motion for an Extension of Time in Which to File a Responsive Pleading and the Parties' Stipulation for an Extension of Time in Which Defendant Has to File a Responsive Pleading. Attached hereto is a true and accurate copy of the aforementioned Stipulation submitted by the Parties.

This Court, having reviewed Defendant's Motion and the Stipulation, and finding that there are reasonable grounds for an extension of time in which to file a responsive pleading,

HEREBY ORDERS THAT:

1. The Defendant's Motion is granted;

2. The Defendant shall file with this Court and serve upon Plaintiff a responsive pleading pursuant to Federal Rule of Civil Procedure 12 by no later than March 26, 2001. No further extensions will be granted.

FILED FEB 27 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DATED: February 27, 2001.

Susan Richard Nelson

SUSAN RICHARD NELSON
United States District Court

COPY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Jay Hansford C. Vest,

Plaintiff,

vs.

Minnesota State University, Mankato,

Defendant.

Civil File No. 00-CV-2761 MJD/SRN

**STIPULATION FOR AN EXTENSION OF TIME IN WHICH DEFENDANT HAS TO FILE A RESPONSIVE PLEADING**

Whereas, Plaintiff's Complaint was received by the Clerk of the United States District Court, District of Minnesota on December 26, 2000.

Whereas, Plaintiff effectuated service of the Summons and Complaint on Defendant on February 6, 2001.

Therefore, Defendant, Minnesota State University, Mankato and Plaintiff, Jay Hansford C. Vest, hereby stipulate and agree to the following:

That Defendant shall have up to and including Monday, March 26, 2001, in which to file a responsive pleading in this matter pursuant to Federal Rule of Civil Procedure 12.

EXHIBIT A

Dated: February 23, 2001

Jay H. C. Vest

Jay Hansford C. Vest
6 Stryker Lane
Clinton, New York

Appearing *Pro Se*

Dated: February 23, 2001

MIKE HATCH

Attorney General
State of Minnesota

David W. Merchant

DAVID W. MERCHANT
Assistant Attorney General
Atty. Reg. No. 0163326
445 Minnesota Street, Suite 1100
St. Paul, Minnesota 55101-2128
(651) 297-4217 (Voice)
(651) 296-1410 (TTY)

ATTORNEYS FOR DEFENDANT

AG: 456891,v. 01