**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Jay Hansford C. Vest,

Plaintiff,

vs.

Minnesota State University, Mankato, and Minnesota Indian Affairs Council,

Defendants.

Civil File No. 00-CV-2761 MJD/SRN

**ORDER OF DISMISSAL WITH PREJUDICE**

This matter is before the Court upon the parties' Stipulation for Dismissal, which has been filed with the Court. Attached hereto and marked as Exhibit A is a true and accurate copy of the parties' Stipulation for Dismissal.

Plaintiff Jay Hansford C. Vest is appearing *pro se*, 6 Stryker Lane, Clinton, New York 13323. Defendants Minnesota State University, Mankato and Minnesota Indian Affairs Council are represented by David W. Merchant, Assistant Attorney General, 1100 NCL Tower, 445 Minnesota Street, Saint Paul, Minnesota 55101.

This Court, having reviewed the Stipulation for Dismissal and finding that the parties' have reached a settlement in this matter, HEREBY ORDERS THAT:

1. The Plaintiff's First Amended Complaint dated May 22, 2001 is dismissed in its entirety and with prejudice;

2. The Clerk of Court is directed to immediately enter a judgment of dismissal with prejudice in accordance with the attached Stipulation for Dismissal, there being no just reason for delay in the entry of the judgment of dismissal with prejudice. Accordingly, let judgment be entered.

FILED OCT 03 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. The Clerk of Court is further directed to send a copy of this Order to the parties, indicating that the Order has been docketed and that the judgment of dismissal with prejudice has been entered.

BY THE COURT:

Dated: Oct. 3, 2001.

Michael J. Davis

MICHAEL J. DAVIS, JUDGE
United States District Court

AG: 514689,v. 01

SEP 2001

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Jay Hansford C. Vest,

Plaintiff,

vs.

Minnesota State University, Mankato and Minnesota Indian Affairs Council,

Defendants.

Civil File No. 00-CV-2761 MJD/SRN

**STIPULATION FOR DISMISSAL**

Dr. Jay Hansford C. Vest ("Vest") Plaintiff, and Minnesota State University, Mankato and the Minnesota Indian Affairs Council, Defendants, hereby stipulate and agree that the above action should be dismissed with prejudice and with disbursements as provided for on the record during a settlement conference in this matter on August 2, 2001 before the Honorable Susan Richard Nelson, United States Magistrate Judge, and as is set forth for in the Settlement Agreement and Release of Claims entered into by the parties.

Dated: 30 August, 2001

Jay H. C. Vest

Dr. Jay Vest, *pro se*
6 Stryker Lane
Clinton, NY 13323
(315) 853-6764

Dated: September 27, 2001

MIKE HATCH
Attorney General
State of Minnesota

David W. Merchant

DAVID W. MERCHANT
Assistant Attorney General
Atty. Reg. No. 163326

1100 NCL Tower, 445 Minnesota Street
Saint Paul, Minnesota 55101-2128
(612) 297-4217 (Voice)
(612) 296-1410 (TTY)

ATTORNEYS FOR DEFENDANTS
Minnesota State University; Mankato and Minnesota Indian Affairs Council

**EXHIBIT A**

SEP 12 2001

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Jay Hansford C. Vest,

Plaintiff,

vs.

Minnesota State University, Mankato and Minnesota Indian Affairs Council,

Defendants.

Civil File No. 00-CV-2761 MJD/SRN

**STIPULATION FOR DISMISSAL**

Dr. Jay Hansford C. Vest ("Vest") Plaintiff, and Minnesota State University, Mankato and the Minnesota Indian Affairs Council, Defendants, hereby stipulate and agree that the above action should be dismissed with prejudice and with disbursements as provided for on the record during a settlement conference in this matter on August 2, 2001 before the Honorable Susan Richard Nelson, United States Magistrate Judge, and as is set forth for in the Settlement Agreement and Release of Claims entered into by the parties.

Dated: 30 August, 2001

Jay H. C. Vest

Dr. Jay Vest, *pro se*
6 Stryker Lane
Clinton, NY 13323
(315) 853-6764

Dated: September 27, 2001

MIKE HATCH
Attorney General
State of Minnesota

David W. Merchant

DAVID W. MERCHANT
Assistant Attorney General
Atty. Reg. No. 163326

1100 NCL Tower, 445 Minnesota Street
Saint Paul, Minnesota 55101-2128
(612) 297-4217 (Voice)
(612) 296-1410 (TTY)

ATTORNEYS FOR DEFENDANTS
Minnesota State University; Mankato and Minnesota Indian Affairs Council

**EXHIBIT A**

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500