# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jay Hansford C. Vest,

Plaintiff,

Case No. Civil 00-2761 MJD/SRN

v.

**JUDGMENT IN A CIVIL CASE**

Minnesota State University, Mankato, and Minnesota Indian Affairs Council,

Defendants.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that: 1. The Plaintiff's First Amended Complaint dated May 22, 2001 is dismissed in its entirety and with prejudice; 2. The Clerk of Court is directed to immediately enter a judgment of dismissal with prejudice in accordance with the attached Stipulation for Dismissal, there being no just reason for delay in the entry of the judgment of dismissal with prejudice. Accordingly, let judgment be entered. 3. The Clerk of Court is further directed to send a copy of this Order to the parties, indicating that the Order has been docketed and that the judgment of dismissal with prejudice has been entered.**

DATE: October 3, 2001

FRANCIS E. DOSAL, CLERK

E. Knoblauch

E. Knoblauch, Deputy Clerk

23